UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
Miguel Arcangel Albert                          CASE NO.: 15-19157-LMI
XXX-XX-8173                                     CHAPTER 7

_____Debtor_____/

## MOTION TO CONFIRM ABSENCE OF STAY

*NOTICE: Any interested party who fails to file and serve a written response to this motion within 21 days after the date of service stated in this motion shall, pursuant to Local Rule 9013-1(D), be deemed to have consented to the entry of an order in the form attached to the motion.
Any scheduled hearing may then be cancelled.*

**COME NOW** Creditors Lim Joa and Diana Joa, individually and as parents and legal guardians of Justin Joa, a minor, by and through the undersigned counsel, and file this Motion for Order Confirming the Absence of the Automatic Stay as to Movants, and as grounds therefore state:

1. Movants are unsecured creditors holding a nondischargeable unsecured claim pursuant to a Default Final Judgment rendered on July 8, 2013 in Adversary Proceeding 13-01358-LMI and Final Judgment rendered on September 21, 2010 in case no. 02-20380 CA-06.

2. The Debtor filed the instant Chapter 7 Bankruptcy on May 19, 2015.

3. Movants were the Plaintiffs in a civil action initiated against the Debtor on August 12, 2002 (*Lim Joa and Diana Joa, individually, and as parents and legal guardians of Justin Joa, a minor v. Miguel Albert, M.D., et. al.*, case no. 02-20380 CA-06).

4. Final Judgment was rendered against the Debtor in case 02-20380 CA-06 awarding Movants the sum of $250,000.00, bearing interest at the rate of 8% (see "Exhibit A").

5. The Debtor thereafter filed Chapter 13 Bankruptcy on December 21, 2012, reflecting as case number 12-40366-BKC-LMI.

6. Adversary Case 13-01358 was initiated on April 29, 2013 by the Movants, and a Final Default Judgment was entered in favor of Movants, declaring the judgment debt from case no. 02-20380 CA-06 nondischargeable (see "Exhibit B").

7. The Debtor's Chapter 13 Bankruptcy was thereafter dismissed on July 10, 2013.

8. Debtor has filed bankruptcy once again and has not reaffirmed the debt owed to Movants.

9. Movants seek a comfort order pursuant to Local Rule 9013-1(d)(3)(j) in order to confirm the absence of the automatic stay and verify Movants' right to seek relief.

**WHEREFORE**, Creditors, Lim Joa and Diana Joa, individually and as parents and legal guardians of Justin Joa, a minor, respectfully request that this Honorable Court enter an order confirming that the automatic stay is not in effect with respect to Creditors' right to seek relief.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

           Respectfully submitted,

           /s/ Christina Vilaboa-Abel
           Christina Vilaboa-Abel, Esq.
           Fla. Bar ID: 103186
           Batista, Fernandez, & Vilaboa-Abel, P.L.
           250 Catalonia Avenue, Suite 305
           Coral Gables, FL 33134
           P: (305) 468-4400
           F: (786) 431-2566

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 02-20380 CA-06

LIM JOA and DIANA JOA, individually, and as parents and legal guardians of JUSTIN JOA, a minor,

       Plaintiffs,

vs.

MIGUEL ALBERT, M.D. and
MIGUEL ALBERT, M.D., P.A.

       Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE came on to be heard on September 21st, 2010, upon Plaintiffs' Renewed Motion for Entry of Final Judgment, and the Court having reviewed the pleadings filed herein, heard argument of counsel and having determined that Defendants Miguel Albert, M.D. and Miguel Albert, M.D., P.A. are in default and have been given ample opportunity to cure the default, it is

ORDERED AND ADJUDGED that Plaintiffs LIM JOA and DIANA JOA, individually, and as parents and legal guardians of JUSTIN JOA, a minor, recover from Defendants MIGUEL ALBERT, M.D. and MIGUEL ALBERT, M.D., P.A., the sum of $250,000.00 that shall bear interest at the rate of 8% for which let execution issue.

DONE AND ORDERED at Miami, Miami-Dade County, Florida this 21 day of September, 2010.

                                                  Conformed Copy
                                                  David C. Miller
                                                  **Circuit Court Judge**
                                                  Judge, Circuit Court

Copies furnished to:
Scott W. Leeds, Esq.
Miguel Albert, M.D./Miguel Albert, M.D., P.A.
3659 S. Miami Ave. Ste 6001
Miami FL. 33133

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*MIAMI DIVISION*
www.flsb.uscourts.gov

In re:

MIGUEL A. ALBERT,                        CASE NO.   12-40366-BKC-LMI

ORDERED in the Southern District of Florida on July 8, 2013.

Debtor.
_____/

LIM JOA and DIANA JOA, individually,
and as parents and legal guardians of
JUSTIN JOA, a minor,

Laurel M. Isicoff, Judge
United States Bankruptcy Court

Plaintiffs,

v.

MIGUEL A. ALBERT,

Defendant.
_____/

### FINAL DEFAULT JUDGMENT

**THIS CAUSE** came before the Court on Wednesday, July 3, 2013, at 10:00 a.m., upon the Motion for Entry of Final Default Judgment of Nondischargeability (CP # 9, the "Motion") filed by the Plaintiffs, Lim Joa and Diana Joa, individually, and as parents and legal guardians of Justin Joa, a minor (together, "Plaintiff" or "Joa") seeking pursuant to Fed. Bank. P. 7055(b) and Local Rule 7055-1, the entry of a Final Default Judgment of Nondischargeability against the debtor/defendant Miguel A. Albert ("Debtor" or "Defendant" or "Albert") and upon the Court's Order Granting same (CP # 14), and it appearing from the record of this Adversary Proceeding that pursuant to Fed. R. Bankr. P. 7055 that Plaintiff is entitled to a Judgment against Defendant as a matter of law on all counts in the Complaint, it is:

**ADJUDGED** and **ORDERED** that:

1.   Final Default Judgment is entered against Defendant and in favor of Plaintiff in the sum of **$250,000.00** for which sum let execution issue.

**EXHIBIT B**

CASE NO. 12-40366-BKC-LMI
ADV. PROC. CASE NO. 13-01358-LMI-A
Motion for Final Default Judgment
Page 2 of 2

2. This judgment is **nondischargeable**.

3. In accordance with Section 55.10(1) of the Florida Statutes, the Plaintiff's address is:

> c/o Scott Leeds, Esq.
> The Cochran Firm
> 2541 S.W. 27th Avenue, Suite 100
> Miami, Florida 33133

4. In accordance with Section 55.01(2) of the Florida Statutes, the Defendant's address is:

> Miguel A. Albert, M.D.
> 19333 Collins Avenue, # 2703
> Sunny Isles Beach, FL  33160-2374

5. The Court reserves jurisdiction to award Plaintiff their reasonable attorneys' fees and costs incurred in connection with bringing and prosecuting this action against Defendant.

6. The Court further reserves jurisdiction over this cause and the parties hereto to award Plaintiff their reasonable attorneys' fees and costs incurred in enforcing this Final Default Judgment, to enter any other and further orders that are proper for post-judgment relief as may be appropriate.

###