**ORDERED in the Southern District of Florida on August 25, 2015.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:

MIGUEL ARCANGEL ALBERT, CASE NO. 15-19157-BKC-LMI

CHAPTER 7

Debtor.
_______________________________________/

**ORDER DENYING CREDITOR'S MOTION FOR RELIEF FROM STAY**

THIS MATTER came before the Court on August 24, 2015, upon Creditor, Aracelly Aguilar's ("Aguilar" or "Creditor") *Motion for Relief from Stay* (the "Motion") [ECF #46]. The Court having reviewed the Motion and Debtor's Objection to the Motion (the "Objection") [ECF #49], having heard the arguments at the hearing on the Motion, and being otherwise advised in the matter, finds good cause to deny the Motion for the reasons stated on the record. Accordingly, it is --

**ORDERED and ADJUDGED**:

1. The Motion is DENIED.

2. The automatic stay shall remain in full effect as it pertains to the Creditor.

# # #

Submitted by:

Christian Somodevilla, Esq.
*Counsel to Debtor Miguel Arcangel Albert*
1401 Brickell Avenue
Suite 420
Miami, Florida 33131
Tel: (305) 894-6163
Fax: (305) 503-9447
E-mail: csomodevilla@aslawpllc.com